John J. Abbott, an Infant under the Age of Fourteen Years, by Horatio S. Abbott, His Guardian ad Litem, Respondent, v. The Board of Education of the City of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Carrie N. Abrams, Respondent, v. Samuel E. St. Amant, Appellant.— It was competent for the defendant to show that the bill of sale was intended merely as security. The evidence to show this being uncontradicted, should not have been disregarded. Judgment of the Municipal Court reversed and new trial ordered costs to abide the event. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

William J. Barrett, Appellant, v. R. H. Hood Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

John Blume, an Infant, by Margarethe Blume, His Guardian ad Litem, Appellant, v. William P. Williams, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Marie Louise W. Brown, Respondent, v. Judson A. Brown, Appellant.— Order affirmed, with ten dollars costs and disbursements, and motion dismissed. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Julius Henry Cohen, Respondent, v. Edward Fein, etc., Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Bridget Conway, Respondent, v. Swift & Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Mary A. Crawford, Appellant, v. John P. Donnelly, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

William J. Cunningham, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.